NANCY CURRY, CHAPTER 13 TRUSTEE
606 SOUTH OLIVE STREET, SUITE 950
LOS ANGELES, CA  90014
(213) 689-3014 FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) CHAPTER 13 |
|  | ) |
| LEGUIZAMON, FERNANDO | ) CASE NO. 2:10-bk-52101-VK |
| LEGUIZAMON, ADRIANA | ) |
|  | ) NOTICE OF **RESCHEDULED** §341(a) |
|  | ) MEETING OF CREDITORS |
|  | ) |
|  | ) |
|  | ) Date:  **November 17, 2010** |
|  | ) Time:  **02:00 PM** |
|  | ) Place: **725 South Figueroa Street** |
| Debtor | ) **Room 2610** |
|  | ) **Los Angeles, CA 90017** |

PLEASE TAKE NOTICE that the §341(a) meeting of creditors in this case has been rescheduled for the above **date** and **time**.  The location shall remain the same.

DATED: October 28, 2010                                              /s/Nancy Curry

NTC Reset 341

PROOF OF SERVICE OF DOCUMENT

In Re:  LEGUIZAMON, FERNANDO  LEGUIZAMON, ADRIANA
Case No. LA 2:10-bk-52101-VK

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

NANCY CURRY, CHAPTER 13 TRUSTEE
606 S. OLIVE STREET, SUITE 950
LOS ANGELES, CA 90014

The foregoing document described as **NOTICE OF RESCHEDULED 341(A) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 28, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On October 28, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
LEGUIZAMON, FERNANDO
LEGUIZAMON, ADRIANA
15544 WEIMER AVE.
PARAMOUNT, CA 90723

Attorney for Debtor
JONATHAN P. COTHRAN
KIET, COTHRAN & ZIRILLO APC
1576 N. BATAVIA ST., #1C
ORANGE, CA 92867-

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R. Civ.P.5 and/or controlling LBR, on October 28, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 28, 2010 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

NTC Reset 341

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:10-bk-52101-VK<br>Central District Of California<br>Los Angeles<br>Thu Oct 28 10:11:01 PDT 2010 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>ATTN: Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | Alphera Financial Svcs<br>P.O. Box 3608<br>Dublin, OH 43016-0306 |
| American Infosource Lp As Agent for Wfnnb<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 | Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase<br>P.O. Box 981131<br>Louisville, KY 40298 | Chevron / Texaco<br>P.O. Box 981430<br>El Paso, TX 79998-1430 | Citibank<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Exxon Mobil<br>P.O. Box 6530<br>The Lakes, NV 88901-0001 |
| Ford Motor Co.<br>P.O.Box 790119<br>St. Luis, MO 63179-0119 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn,  MI 48121-6275 | Home Depot<br>2455 Paces Ferry Rd NW<br>Atlanta, GA 30339-1834 |
| Indymac Federal Bank<br>Home Loan Servicing<br>P.O. Box 4045<br>c/o Onewest Bank<br>Kalamazoo, MI 49003-4045 | Internal Revenue Service<br>PO Box 12192<br>Covington, KY 41012-0192 | J C Penney<br>P.O. Box 8178<br>Manchester, CT 06040-0178 |
| LBS Financial Credit Union<br>PO Box 4860<br>Long Beach, CA 90804-0860 | Macy's<br>P.O. Box 8067<br>Mason, OH 45040-8067 | Monitrons Funding LP<br>Dept. Ch 8628<br>Palatine, IL 60055-8628 |
| New York & Co.<br>P.O. Box 659728<br>San Antonio, TX 78265-9728 | Radio Shack<br>300 Radio  Shack Circle<br>Fort Worth, TX 76102-1999 | Security One<br>727 North 1550 East  Suite 375<br>Orem, UT 84097-4443 |
| Target<br>P.O. Box 9475<br>Minneapolis, MN 55440-9475 | Union Plus<br>P.O. Box 60102<br>City of Industry, CA 91716-0102 | United States Trustee (LA)<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017-5524 |

Wal-1Mart CC
7000 Marina Blvd
Brisbane, CA 94005-1875

eCAST Settlement Corporation, SUCCESSOR
to FIA Card Services aka Bank of America
POB 29262
New York, NY 10087-9262

Adriana Leguizamon
15544 Wiemer Ave
Paramount, CA 90723-4461

Fernando Leguizamon
15544 Wiemer Ave
Paramount, CA 90723-4461

Jonathan P Cothran
Kiet, Cothran & Zirillo APC
1576 N Batavia St Ste 1C
Orange, CA 92867-3559

Nancy K Curry (TR)
606 South Olive Street, Suite 950
Los Angeles, CA 90014-1668


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Discover
P.O. Box 30943
Salt Lake City, UT 84130-0943


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Security One
727 North 1550 East Suite 375
Orem, UT 84097-4443

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36